Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Application granted.

SO ORDERED:

*[Signature]*
WILLIAM H. PAULEY III
U.S.D.J.

June 23, 2020

June 23, 2020

**VIA ECF**
Honorable William H. Pauley III
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Colon-Cruz (Mario Espinal)*
      **19-cr-911 (WHP)**

Dear Judge Pauley:

   This letter is submitted on behalf of my client, Mr. Mario Espinal, to respectfully request permission to travel to Tobyhanna, Pennsylvania, in the Poconos, with his family over the July 4th holiday. He would travel on July 3rd and return July 5th.

   Both the government and Pretrial Services have been informed of this request and do not oppose it.

Respectfully submitted,

*[Signature]*
Meredith S. Heller

Cc:   A.U.S.A. Daniel G. Nessim (via ECF)