Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

**MEMO ENDORSED**

July 27, 2020

**VIA ECF**
Honorable William H. Pauley III
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **RE:**    *United States v. Colon-Cruz (Mario Espinal)*
              **19-cr-911 (WHP)**

Dear Judge Pauley:

    This letter is submitted on behalf of my client, Mr. Mario Espinal, to respectfully request permission to travel to Los Angeles, California for his birthday. He would travel by air (American Airlines) on Sunday, August 9th at 9:00 am and return on August 16th at 8:00 am. He would be staying at Freehand Los Angeles.

    Both the government and Pretrial Services have been informed of this request and do not oppose it.

Respectfully submitted,

*/s/ Meredith S. Heller*
Meredith S. Heller

Cc:    A.U.S.A. Daniel G. Nessim (via ECF)
        P.T.S. Officer Lea Harmon (via email)

Application granted. Mr. Espinal is to provide flight information, location and phone number of where he is staying to Pretrial Services prior to his departure

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

July 28, 2020