UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Mario Espinal,

Defendant.

19-cr-911 (WHP)

ORDER

WILLIAM H PAULEY III, Senior District Judge:

    A conference is scheduled in the above-captioned matter for February 19, 2021 at 10:30 a.m.  The dial in for the conference is (888) 363-4749, and the access code is 3070580.

Dated: February 17, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.