UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Mario Espinal,

Defendant.

19-cr-911 (WHP)

ORDER

WILLIAM H PAULEY III, Senior District Judge:

A conference is scheduled in the above-captioned matter for May 14, 2021 at 11:00 a.m. The public dial in for the conference is (855) 268-7844, the access code is 3735697 and the PIN is 04003749. Links for counsel to access the conference be provided in separate emails.

Dated: May 11, 2021
　　　　New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.